In the Matter of the Application of Howard R. Lorish and Another for a

Certiorari Order against the TOWN BOARD OF THE TOWN OF TONAWANDA.— Motion for reargument denied, with ten dollars costs. Our determination was simply a review of what was before the town board and we have no other jurisdiction in the matter. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.